Henrietta Skinner JONES, et al.

v.

Edward LAYRISSON, Sheriff
of Tangipahoa, et al.

Civ. A. No. 94–0473.

United States District Court,
E.D. Louisiana.

Feb. 17, 1995.

Ronnie Glyn Penton, Law Offices of Ronnie G. Penton and Keith Lamont Ward, Bogalusa, LA, for plaintiffs.

Scott G. Vincent, New Orleans, LA, for defendants.

5. *See, Sigmon v. Califano,* 617 F.2d 41 (4th Cir. 1980).

## ORDER AND REASONS

JONES, District Judge.

This matter was set for trial on this date. Prior to trial, counsel for plaintiffs sent a letter to the Court via facsimile, which is attached hereto, indicating that he had executed a Motion to Dismiss.

On the morning of trial, neither plaintiffs nor their counsel appeared for trial. Counsel for defendants appeared. He conceded that plaintiffs' attorney had executed a joint motion to dismiss but that he, as counsel for defendants, had not executed the motion to dismiss because plaintiffs had declined to execute settlement documents. However, he advised the Court that plaintiffs had not received any cash payment in return for their agreement to dismiss the case.

Pursuant to Fed.R.Civ.P. 41(a)(1) and (2), an action shall not be dismissed at a plaintiff's instance following the filing of an answer by defendant except upon joint motion of all parties who have appeared in an action or "save upon order of the court and upon such terms and conditions as the court deems proper."

Considering that plaintiffs' counsel executed a motion to dismiss and, further, considering the facts as set forth above, the Court finds it appropriate to dismiss this matter with prejudice pursuant to Rule 41(a)(2).

Accordingly,

IT IS ORDERED that this matter be DISMISSED WITH PREJUDICE, with the parties to bear their own costs.

## ATTACHMENT

## KEITH L. WARD

A Professional Law Corporation

2020 North Causeway
Paul Gasser Bldg., Suite J
Mandeville, LA 70448
(504) 626-0253

February 9, 1995

Reply
503 Georgia A:
Bogalusa, LA 704
(504) 732-96
Fax (504) 735-69

Magistrate Alfrick
501 Magazine Street
Suite 345
New Orleans, Louisiana  70130

Attention:  Richard Bordelon

**FACSIMILE TRANSMISSION:**  (504) 589-3781

Re:  Henrietta Skinner Jones and Daytra Miller
vs.  No. 94-0473
Edward Layrisson, et al

Dear Mr. Bordelon:

With respect to the <u>Motion To Dismiss With Prejudice</u> that we executed yesterday in this matter, we are contacting the you to ascertain whether you want to hold a telephone conference on Monday morning or tomorrow regarding Mr. Vincent's concerns.

We have several other matters scheduled on Monday in several other courts and have no desire to unnecessarily attend court for purposes of only dismissing a case. The other matters that we have set in the other courts are as follows:

1.  <u>State of Louisiana vs. Edward Galmon</u>, 22nd Judicial District Court in Franklinton;
2.  Lori Groundwater vs. Heritage Manor of Houma, Hearing on Motions, District 06, Workers' Compensation Court;
3.  Telephone status conference, Jermaine Harris vs. Mayor Charles McKaskle, et al;
4.  Jermaine Harris, Criminal Trial, Hammond City Court; and
5.  Lee Maryland, Criminal Trial, Hammond City Court.

With kindest regards, I remain

Sincerely yours,

KEITH L. WARD
A PROFESSIONAL LAW CORPORATION

Keith L. Ward

KLW/ss
cc:  Scott Vincent, Esquire